# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Cox,            ) | No. CV-08-1413-PHX-GMS (ECV) |
|      Petitioner,       ) | **ORDER** |
|   v.                   ) | |
| Dora B. Schriro, et al., ) | |
|      Respondents.      ) | |

Pending before the Court are Petitioner's First Amended Petition for Writ of Habeas Corpus and United States Magistrate Judge Edward C. Voss's Report and Recommendation ("R&R"). Dkt. ## 11 and 20. The R&R recommends that the Court deny and dismiss with prejudice the Petition. Dkt. # 20 at 6. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The

1  Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will
2  accept the R&R and [deny/grant/dismiss] the Petition/complaint. *See* 28 U.S.C. § 636(b)(1)
3  (stating that the district court "may accept, reject, or modify, in whole or in part, the findings
4  or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge
5  may accept, reject, or modify the recommended disposition; receive further evidence; or
6  return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss's R&R (Dkt. # 20) is **ACCEPTED**.
2. Petitioner's First Amended Petition for Writ of Habeas Corpus (Dkt. # 11) is **DENIED AND DISMISSED WITH PREJUDICE**.
3. The Clerk of Court shall **TERMINATE** this action.

DATED this 27th day of April, 2009.

_____
G. Murray Snow
United States District Judge

- 2 -